G. Thomas Martin, III, Esq. (SBN 218456)
Nicholas J. Bontrager, Esq. (SBN 252114)
**MARTIN & BONTRAGER, APC**
6464 W. Sunset Blvd., Suite 960
Los Angeles, CA 90028
Telephone: (323) 940-1700
Fax: (323) 238-8095
tom@mblawapc.com
nick@mblawapc.com
Attorneys for Plaintiffs
KYLE DAUK AND CANDIS MONKIEWICZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DAUK AND CANDIS MONKIEWICZ<br><br>Plaintiffs,<br><br>vs.<br><br>ACCLAIM CREDIT TECHNOLOGIES; EQUIFAX INFORMATION SERVICES, LLC, and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: 1:15-cv-01752-EPG<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION** |

NOW COMES Plaintiffs, KYLE DAUK and CANDIS MONKIEWICZ, by and through the undersigned counsel, and hereby notifies this Honorable Court that the parties have reached an agreement to settle the instant matter in its entirety. The parties, through counsel, are working cooperatively to consummate the settlement as expeditiously as possible and Plaintiff anticipates filing a *Fed. R. Civ. P. 41* voluntary dismissal, with prejudice, within sixty (60) days.

RESPECTFULLY SUBMITTED,

Dated: February 16, 2016  **MARTIN & BONTRAGER, APC**

By: /s/ G. Thomas Martin, III

G. Thomas Martin, III
*Attorney for Plaintiff*